# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO C. PONCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-2345 |
| | § | |
| CHASE BANK PRIVATE CLIENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING REQUEST FOR COUNSEL

Antonio C. Ponce, proceeding *pro se*, has requested the appointment of counsel. (Docket Entry No. 14). In civil cases, "there is no automatic right to appointment of counsel." *Castro Romero v. Becken*, 256 F.3d 349, 353–54 (5th Cir. 2001). "In evaluating whether the appointment of counsel is proper, the district court considers the type and complexity of the case, the litigant's ability to investigate the present case, and the level of skill required to present the evidence." *Id.* at 354. The denial of appointment of counsel is reviewed for abuse of discretion. *Id.*

This case concerns whether Chase Bank Private Client credited Ponce's mortgage payments. In September 2018, the court ordered Ponce to produce his payment records, Chase Bank to produce its records on the mortgage, and both parties to attend mediation on November 7, 2018, before Magistrate Judge Christina Bryan. (Docket Entries No. 11–12). Because the case is simple and requires Ponce only to present his payment records, the court denies Ponce's request for appointment of counsel. Ponce has been provided with a Spanish translator to help him explain his claim.

SIGNED on October 22, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge